IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GREEN,

     Plaintiff,                    No. 2:12-cv-2093 GEB CKD PS

     vs.

BANK OF AMERICA, N.A.,

     Defendant.                 <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is proceeding pro se. In the complaint, plaintiff alleges state causes of action. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

        Plaintiff has also filed a "peremptory challenge" and declaration of prejudice under California Code of Civil Procedure § 170.6. Plaintiff references therein a Judge of the Superior Court. Plaintiff is advised that the Federal Rules of Civil Procedure govern this action and that a United States District Judge and United States Magistrate Judge have been assigned to

the case. Assuming plaintiff intended to request recusal of the undersigned, recusal does not appear to be warranted under 28 U.S.C. § 455.

Accordingly, IT IS HEREBY ORDERED that no later than October 2, 2012, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated: September 13, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
green2093.nosmj